**ATTORNEY GRIEVANCE COMMISSION**
**OF MARYLAND**

**v.**

**JON EDWARD SHIELDS**

\*     **IN THE**

\*     **COURT OF APPEALS**

\*     **OF MARYLAND**

\*     **Misc. Docket AG No. 23**

\*     **September Term, 2021**

## ORDER

Upon consideration of the Petition for Disciplinary or Remedial Action, with attached certified copy of an Order of the Virginia State Bar Disciplinary Board entered October 22, 2020, whereby the Board revoked the license of Jon Edward Shields to practice law in the Commonwealth of Virginia, it is this 13th day of September, 2021

**ORDERED**, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-737(d), that Jon Edward Shields, Respondent, is hereby temporarily suspended, effective immediately, from the practice of law in the State of Maryland, pending further order of this Court; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Jon Edward Shields from the register of attorneys in this Court and comply with the notice provisions of Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Joseph M. Getty
Chief Judge

Suzanne C. Johnson, Clerk